# ELECTRONIC RECORD

1316-14

COA # 02-13-00242-CR          OFFENSE: 37.09

STYLE: George Anthony Thurston v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION: AFFIRM          TRIAL COURT: 371st District Court

DATE: 07/17/14          Publish: NO          TC CASE #: 1293819D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: George Anthony Thurston v. The State of Texas          CCA #: 1316-14

_____APPELLANT'S_____ Petition          CCA Disposition: DISMISS IMPROV

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: 7-1-15

GRANTED          JUDGE: P.C.

DATE: January 28, 2015          SIGNED: _____          PC: ✓

JUDGE: Per Curiam          PUBLISH: ✓          DNP: _____

NO ARGUMENT PERMITTED

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD